### Elizabeth Holderman v. Calvin Hood *et al.*
#### No. 13,064.  (73 Pac. 1132.)

Error from Lyon district court; Dennis Madden, judge. Opinion filed October 10, 1903.  Affirmed.

*A. L. Redden*, for plaintiff in error.
*Kellogg & Madden*, and *Gleed, Ware & Gleed*, for defendants in error.

*Per Curiam:*  One of the justices being disqualified to hear this cause, and the six others being divided in opinion, the judgment of the court below will be affirmed.

Cunningham, J., not sitting, having been of counsel.